# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Joseph Sievers, | Case No. 22-cv-2367 (KMM/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| Jarid Rardin, | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright, dated November 22, 2022. Judge Wright recommended that this matter be dismissed for failure to prosecute and for failure to exhaust administrative remedies. No objections have been filed to the R&R, and indeed Mr. Sievers has not engaged with this litigation in any way since his initial filings in September of last year.

In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**;

2. This matter is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to exhaust administrative remedies.

**Let Judgment Be Entered Accordingly.**

Date: March 29, 2023

                                           *s/Katherine Menendez*
                                           Katherine Menendez
                                           United States District Judge